UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORATE MUTUAL RESOURCES INC. and SENIORS HELPING SENIORS, LLC<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SENIOR HOME COMPANIONS, INC.<br><br>　　　　Defendant. | Civil Action No.<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

1. This is an action by plaintiffs Corporate Mutual Resources Inc. and Seniors Helping Seniors, LLC (collectively, the "Plaintiffs") arising from the improper assertion of common law trademark rights and tortious interference with business relations by defendant Seniors Home Companions, Inc. ("Defendant").

## THE PARTIES

2. Plaintiff Corporate Mutual Resources, Inc. is a Delaware corporation with its principal place of business located at 50 Grandview Boulevard, Wyomissing Hills, Pennsylvania 19609.

3. Plaintiff Seniors Helping Seniors, LLC is a Delaware limited liability corporation with its principal place of business located at 50 Grandview Boulevard, Wyomissing Hills, Pennsylvania 19609.

4. Upon information and belief, Defendant Seniors Home Companions, Inc. is a Florida corporation with its principal place of business located at 3902 Somerset Drive, Sarasota, Florida 34242.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. §§ 1332 and 2201(a).

6. The Court has personal jurisdiction over Defendant by virtue of its contact directed to plaintiff Corporate Mutual Resources, Inc.'s registered agent in this judicial district.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## FACTS

8. Plaintiff Seniors Helping Seniors, LLC advertises, promotes and solicits business on the Internet at www.seniorshelpingseniors.com and maintains an exceptionally high standard of quality for the services that it offers.

9. SENIORS HELPING SENIORS businesses offer personal services such as in home care, home assistance, companion care, transportation, homemaking, and maintenance and repair.

10. The trademark "SENIORS HELPING SENIORS" has been properly registered with the United States Patent and Trademark Office on the Principal Register. A true and correct copy of the Trademark Registration (No. 2,457,903) is attached hereto as Exhibit 1 and is incorporated herein by reference.

11. Plaintiff Corporate Mutual Resources Inc. owns the trademark attached hereto as Exhibit 1.

12. Plaintiff Seniors Helping Seniors, LLC has the right to use and license the trademark attached hereto as Exhibit 1.

**Defendant Improperly Claims Common Law Rights
To The "Seniors Helping Seniors" Mark, And
<u>Has Improperly Interfered With Plaintiffs' Contract With A Potential Franchise Partner</u>**

13. Defendant is purportedly engaged in the business of providing support services to the elderly.

14. Defendant uses the "Seniors Helping Seniors" mark in connection with its purported support services.

15. Upon information and belief, Defendant had notice of Plaintiffs' October 22, 1998 application with the United States Patent and Trademark Office ("PTO") to register the trademark "SENIORS HELPING SENIORS" shortly after the application was filed.

16. Nonetheless, on March 20, 2000, Defendant attempted to register the "Seniors Helping Seniors" mark with the PTO. Upon information and belief, Defendant abandoned this attempt when the PTO refused to register the mark in view of Plaintiffs' prior application.

17. In 2008, plaintiff Seniors Helping Seniors, LLC entered into negotiations with a potential franchise partner to use Plaintiffs' federally-registered SENIORS HELPING SENIORS mark in Northern Pinellas County, Florida.

18. By letter dated May 1, 2008, counsel for Defendant wrote to plaintiff Corporate Mutual Resources, Inc. and the potential franchise partner, asserting that Defendant has "superior rights" to the "Seniors Helping Seniors" mark in "multiple areas across the state of Florida" and demanding that plaintiff Corporate Mutual Resources, Inc. and the potential franchise partner "cease and desist from using the service mark 'Seniors Helping Seniors' in the Tampa Bay area or any other area of Florida." Defendant's May 1 letter also stated that it "intends to vigorously enforce its rights."

19. Upon information and belief, Defendant does not have "superior rights" to the "Seniors Helping Seniors" mark in the Tampa Bay area. However, Plaintiffs and its franchise partner have, at this time, refrained from using the federally-registered SENIORS HELPING SENIORS mark in an abundance of caution.

## COUNT I

### Declaratory Judgment Of Defendant's Absence Of Common Law Trademark Rights In The "Seniors Helping Seniors" Mark

20. Plaintiffs hereby incorporate by reference the allegations of paragraphs 1-19 as if fully set forth herein.

21. An actual controversy exists between Plaintiffs and Defendant over the scope of Defendant's purported common law rights, if any, in the "Seniors Helping Seniors" mark.

22. Upon information and belief, Defendant has no common law rights in the "Seniors Helping Seniors" mark in the Tampa Bay area.

23. Upon information and belief, Defendant has no common law rights in the "Seniors Helping Seniors" mark in the State of Florida.

24. Defendant's broad claim to common law rights in the "Seniors Helping Seniors" in "multiple areas across the state of Florida" is limiting Plaintiffs' ability to use or license the federally-registered SENIORS HELPING SENIORS trademark in the state of Florida. Accordingly, Defendant's rights in the entire state of Florida, if any exist at all, need to be delineated.

## COUNT II

### Tortious Interference With Contract

25. Plaintiff Seniors Helping Seniors, LLC hereby incorporates by reference the allegations of paragraphs 1-23 as if fully set forth herein.

26. In 2007, plaintiff Seniors Helping Seniors, LLC entered into negotiations with a potential franchise partner to use Plaintiffs' federally-registered SENIORS HELPING SENIORS mark in Northern Pinellas County, Florida. A contract between plaintiff Corporate Mutual Resources, Inc. and the franchise partner was subsequently executed.

27. Plaintiff Seniors Helping Seniors, LLC and the franchise partner anticipated that their contractual relationship would include the offering of services such as in home care, home assistance, companion care, transportation, homemaking, and maintenance and repair under Plaintiffs' SENIORS HELPING SENIORS federally-registered trademark.

28. Plaintiff Seniors Helping Seniors, LLC possessed a protected interest and expectancy in the fruits of the franchise agreement.

29. Defendant has intentionally and maliciously, without justification or cause, interfered in plaintiff Seniors Helping Seniors, LLC's contractual relationship with the franchise partner. By letter dated May 1, 2008, counsel for Defendant wrote plaintiff Corporate Mutual Resources, Inc. and the potential franchise partner, asserting that Defendant has "superior rights" to the "Seniors Helping Seniors" mark in "multiple areas across the state of Florida" and demanded that plaintiff Corporate Mutual Resources, Inc. and the potential franchise partner "cease and desist from using the service mark 'Seniors Helping Seniors' in the Tampa Bay area or any other area of Florida" and further stated that Defendant "intends to vigorously enforce its rights."

30. Upon information and belief, Defendant does not possess common law rights in the "Seniors Helping Seniors" mark in Northern Pinellas County, Florida.

31. Defendant has engaged in the aforesaid actions for a malicious purpose and improper motive, without any reasonable justification or excuse.

32. As a result of Defendant's actions, plaintiff Seniors Helping Seniors, LLC's contractual relationship with its franchise partner has been improperly constrained. Among other things, the franchise partner has been unable to offer services using Plaintiffs' federally-registered SENIORS HELPING SENIORS.

33. As a result of Defendant's actions, plaintiff Seniors Helping Seniors, LLC has suffered damages.

WHEREFORE, plaintiffs Corporate Mutual Resources, Inc. and Seniors Helping Seniors, LLC respectfully request judgment against Defendant and relief as follows:

- For a judgment against Defendant declaring that it has no common law rights in the "Seniors Helping Seniors" mark in the State of Florida;

- For compensatory and exemplary damages arising out of Defendant's tortious interference with contract; and

- For such other and further relief as this Court deems just and appropriate.

Of Counsel:

James D. Cashel
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500

_____
R. Montgomery Donaldson (#4367)
MONTGOMERY, McCRACKEN,
  WALKER & RHOADS LLP
1105 N. Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800

*Counsel for Plaintiffs*
*Corporate Mutual Resources, Inc.*
*and Seniors Helping Seniors, LLC*

Dated:  June 18, 2008

# Tab 1

Trademark Electronic Search System (TESS)                                                                                       Page 1 of 2

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Jun 18 04:12:54 EDT 2008

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ] [ PREV LIST ] [ CURR LIST ] [ NEXT LIST ] [ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ]
[ LAST DOC ]

Logout  Please logout when you are done to release system resources allocated for you.

Start | List At:          OR  Jump  to record:            Record 16 out of 16

[ TARR Status ] [ ASSIGN Status ] [ TDR ] [ TTAB Status ]   ( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

**Word Mark**       SENIORS HELPING SENIORS

**Goods and Services**  IC 016. US 002 005 022 023 029 037 038 050. G & S: NEWSLETTERS FEATURING INFORMATION OF INTEREST TO SENIOR CITIZENS. FIRST USE: 19980430. FIRST USE IN COMMERCE: 19980430

IC 035. US 100 101 102. G & S: REFERRAL SERVICES FOR UNITING ABLE SENIOR CITIZENS WITH ADULTS IN NEED OF IN-HOME ASSISTED LIVING. FIRST USE: 19980430. FIRST USE IN COMMERCE: 19980430

IC 037. US 100 103 106. G & S: HOUSEHOLD ASSISTANCE, NAMELY, HANDYMAN SERVICES IN THE NATURE OF REPAIR AND MAINTENANCE OF RESIDENTIAL STRUCTURES, MAID SERVICES, AND CLOTHING LAUNDERING. FIRST USE: 19980430. FIRST USE IN COMMERCE: 19980430

IC 039. US 100 105. G & S: TRAVEL PLANNING, NAMELY, PROVIDING TRAVEL INFORMATION AND ARRANGING TRAVEL TOURS; PACKING AND MOVING FURNITURE AND BELONGINGS OF OTHERS; TRANSPORTATION SERVICES, NAMELY PROVIDING PERSONAL DRIVERS. FIRST USE: 19980430. FIRST USE IN COMMERCE: 19980430

IC 042. US 100 101. G & S: NON-MEDICAL SOCIAL CARE, NAMELY; COMPANIONSHIP SERVICES; IN-HOME RESPITE CARE;

Trademark Electronic Search System (TESS)                                                                                              Page 2 of 2

PERSONAL SHOPPING FOR OTHERS; LANDSCAPE GARDENING; HOUSEHOLD ASSISTANCE, NAMELY, DECORATING THE RESIDENCES OF OTHERS WITH HOLIDAY DECORATIONS AND IN-HOME COOKING FOR OTHERS; AND LEGAL SERVICES. FIRST USE: 19980430. FIRST USE IN COMMERCE: 19980430

| Field | Value |
|---|---|
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75574916 |
| Filing Date | October 22, 1998 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | May 9, 2000 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 2457903 |
| Registration Date | June 5, 2001 |
| Owner | (REGISTRANT) Corporate Mutual Resources Incorporated CORPORATION DELAWARE 50 GRANDVIEW BOULEVARD WYOMISSING HILLS PENNSYLVANIA 19609 |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

✎JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Corporate Mutual Resources, Inc. and
Seniors Helping Seniors, LLC

## DEFENDANTS
Senior Home Companions, Inc.

(b) County of Residence of First Listed Plaintiff  **Berks, PA**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Sarasota, FL**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
R. Montgomery Donaldson, Montgomery McCracken, Walker & Rhoads, LLP, 1105 N. Market St., Suite 1500, Wilmington, DE

Attorneys (If Known)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Declaratory Judgment re: trademark; tortuous, interference with contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE  06/18/2008

SIGNATURE OF ATTORNEY OF RECORD  _/s/_

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 6

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

_____6/18/08_____          _____
(Date forms issued)          (Signature of Party or their Representative)

                             _____Matthew D. Gordon_____
                             (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action