UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORATE MUTUAL RESOURCES INC. and SENIORS HELPING SENIORS, LLC | : <br> : <br> : |
| Plaintiffs, | : Civil Action No. 08-366 <br> : |
| v. | : <br> : |
| SENIOR HOME COMPANIONS, INC. | : <br> : |
| Defendant. | : |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiffs Corporate Mutual Resources Inc. and Seniors Helping Seniors, LLC, by their undersigned counsel, hereby provide notice of the dismissal of all claims in the above-captioned action, with prejudice, against defendant Seniors Home Companions, Inc.

This notice is timely as defendant has not filed an answer or a motion for summary judgment.

R. Montgomery Donaldson (#4367)
MONTGOMERY, McCRACKEN,
　WALKER & RHOADS LLP
1105 N. Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800

*Counsel for Plaintiffs*
*Corporate Mutual Resources, Inc.*
*and Seniors Helping Seniors, LLC*

Of Counsel:

James D. Cashel
MONTGOMERY, MCCRACKEN,
　WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500

Dated: July 23, 2008